```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 06270
   ROBERT D LUNN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0470


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/23/2005 and was confirmed 05/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  19.83% from remaining funds.

     The case was paid in full 03/18/2008.
------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
BP CITI                       UNSECURED       NOT FILED          .00             .00
CAPITAL ONE SERVICES          UNSECURED       NOT FILED          .00             .00
RESURGENT ACQUISITION LL      UNSECURED         6385.09          .00         1266.35
CHICAGO IMAGING               UNSECURED       NOT FILED          .00             .00
CITIBANK                      UNSECURED       NOT FILED          .00             .00
COMMONWEALTH MEDICAL PHY      UNSECURED       NOT FILED          .00             .00
DIANON SYSTEMS                UNSECURED       NOT FILED          .00             .00
ROUNDUP FUNDING LLC           UNSECURED OTH    9452.03           .00         1874.43
EVERGREEN MEDICAL SPECIA      UNSECURED       NOT FILED          .00             .00
F&W LLC                       NOTICE ONLY     NOT FILED          .00             .00
FINGERHUT                     UNSECURED       NOT FILED          .00             .00
FLEET BANK                    UNSECURED       NOT FILED          .00             .00
ECAST SETTLEMENT CORP         UNSECURED        12302.72          .00         2440.00
HSBC BANK USA                 NOTICE ONLY     NOT FILED          .00             .00
B-LINE LLC                    FILED LATE       4220.65           .00             .00
ILLINOIS COLLECTION SERV      UNSECURED       NOT FILED          .00             .00
VICTOR SKADAUSKI              NOTICE ONLY     NOT FILED          .00             .00
RESURGENCE FINANCIAL LLC      UNSECURED        18011.00          .00         3572.12
LINCOLN PARK HOSPITAL         UNSECURED       NOT FILED          .00             .00
MERCY HOSPITAL                NOTICE ONLY     NOT FILED          .00             .00
MICHAEL J YOUNG MD            UNSECURED       NOT FILED          .00             .00
PATHOLOGY CHP S C             UNSECURED       NOT FILED          .00             .00
PGBA LLC                      NOTICE ONLY     NOT FILED          .00             .00
QUEST DIAGNOSTICS             UNSECURED       NOT FILED          .00             .00
CHAET & KAPLAN                NOTICE ONLY     NOT FILED          .00             .00
RESURRECTION IMMEDIATE C      NOTICE ONLY     NOT FILED          .00             .00
RISK MANAGEMENT ALTERNAT      NOTICE ONLY     NOT FILED          .00             .00
SHELL CITICARD                UNSECURED       NOT FILED          .00             .00
ST JOSEPH HOSPITAL            UNSECURED       NOT FILED          .00             .00
RESURGENT ACQUISITION LL      UNSECURED         1473.68          .00          292.27
INTERNAL REVENUE SERVICE      PRIORITY          655.32           .00          655.32
LEGAL HELPERS PC              DEBTOR ATTY     1,800.00                       1,800.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 06270 ROBERT D LUNN

```
TOM VAUGHN                  TRUSTEE                                  699.51
DEBTOR REFUND               REFUND                                   350.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                12,950.00

PRIORITY                                        655.32
SECURED                                             .00
UNSECURED                                      9,445.17
ADMINISTRATIVE                                 1,800.00
TRUSTEE COMPENSATION                             699.51
DEBTOR REFUND                                    350.00
                       ---------------       ---------------
TOTALS                 12,950.00              12,950.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 06/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 05 B 06270 ROBERT D LUNN